**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 285 EAL 2019

               Respondent       :

                                :   Petition for Allowance of Appeal from

               v.                 :   the Order of the Superior Court

                                :

KEVIN CURTIS HILTON,           :

               Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.